```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/13/2019__

-against-

JOSE E. HERNANDEZ-ARIAS,

                       Defendant.

19 Cr. 183-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing hearing scheduled for November 20, 2019, at 3:00 p.m. is RESCHEDULED to **November 20, 2019**, at **11:00 a.m.**

    SO ORDERED.

Dated: November 13, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge