USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2019

# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
   of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

Leticia Silva
Legal Assistant

November 14, 2019

The Honorable Analisa Torres
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
-VIA ECF-

      Re:    USA v. Jose E. Hernandez-Arias
             19 Cr. 183 (AT)

Dear Judge Torres:

    I represent Mr. Jose E. Hernandez-Arias in the above captioned matter, which has a Sentencing presently scheduled for November 20, 2019 at 11:00AM.

    Unfortunately, I will be engaged in the matter of People v. Luis De Castro, before Judge Michael Martinelli in the Westchester County Superior Court in the morning.

    I respectfully request the Sentencing time be rescheduled to 2:00PM. A.U.S.A. Ni Qian consents to this request.

    Thank you for your consideration to this matter.

Respectfully submitted,

Telesforo Del Valle, Jr., Esq.
Attorney for Jose E. Hernandez-Arias,
Defendant.

GRANTED in part. The sentencing scheduled for November 20, 2019, at 11:00 a.m. is RESCHEDULED to **November 20, 2019**, at **2:30 p.m.**

SO ORDERED.

Dated: November 14, 2019
New York, New York

**ANALISA TORRES
United States District Judge**