USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/2020

# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481 1900

Telesforo Del Valle, Jr.　　　　　　　　　　　　　　　　　　　Email: tdvesq@aol.com

Michael J. Sluka　　　　　　　　　　　　　　　　　　　　　　Fax. (212)481 4853
Lawrence D. Minasian

Lucas E. Andino　　　　　　　　　　　　　　　　　　　　　　Leticia Silva
William Cerbone　　　　　　　　　　　　　　　　　　　　　　Legal Assistant
Luis N. Colon
Hon. Robert A. Sackett
　　of counsel

January 8, 2020

The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
-Via ECF-

　　　　　　　　　　　　　　　　　　Re: USA v. Jose E. Hernandez-Arias
　　　　　　　　　　　　　　　　　　　　19 Cr. 183 (AT)

Dear Judge Torres,

　　Our office represented Mr. Jose E. Hernandez-Arias in the above referenced matter.

　　At the time Mr. Hernandez-Arias was released on bond, U. S. Pretrial Services took possession of his U.S. passport. Mr. Hernandez-Arias was sentenced by your Honor on November 20, 2019.

　　We respectfully request an Order for the U.S. Pretrial Services Office of the Southern District of New York to release to Mr. Jose E. Hernandez-Arias' passport.

　　U.S. Pretrial Services Officer Erin Cunningham, and the government, by way of A.U.S.A. Ni Qian, have no objections to this request.

　　Thank you you're your consideration to this matter.

Respectfully submitted,
/S/
Telesforo Del Valle Jr., Esq.
Attorney for Jose E. Hernandez-Arias
Defendant

GRANTED. The Pretrial Services Office is directed to release Mr. Hernandez-Arias' passport to him.

SO ORDERED.

Dated: January 8, 2020
　　　　New York, New York

_____
ANALISA TORRES
United States District Judge